IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

Criminal No. 7:24 CR-380  (MJK)
Vio:   18 USC § 641

CHAYMAE EL AOUAD,
                Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### THE COUNT

On or about March 12, 2024 through April 08, 2024, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

### CHAYMAE El AOUAD

willfully and knowingly did steal merchandise, a value not exceeding $1000.00, the property of: Army Air Force Exchange Services.

All in violation of Title 18, United States Code, Section 641.

CARLA FREEDMAN
United States Attorney

By: _____
BRADLY D. JOHNSON
Special Assistant U.S. Attorney